# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Sara Berardi<br>    John Berardi<br>         Debtor(s) | Case No. 17 B 30332 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2017.

2) The plan was confirmed on 01/03/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2018.

5) The case was Dismissed on 10/24/2018.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $750.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$750.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $716.28 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $33.72 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$750.00** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Spine & Pain Specialist | Unsecured | 3,712.56 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 502.78 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 214.20 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 125.00 | 1,109.32 | 1,109.32 | 0.00 | 0.00 |
| Alliance Pathology Consultants | Unsecured | 21.19 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 270.48 | 270.48 | 270.48 | 0.00 | 0.00 |
| American Student Assistance | Unsecured | 17,783.77 | NA | NA | 0.00 | 0.00 |
| AMITA Healthcare | Unsecured | 1,109.32 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 341.83 | NA | NA | 0.00 | 0.00 |
| Bank of the West | Unsecured | 524.95 | NA | NA | 0.00 | 0.00 |
| Bank of the West | Unsecured | 21,000.00 | 14,510.72 | 14,510.72 | 0.00 | 0.00 |
| Barrington Orthopedic Specialist | Unsecured | 17.68 | NA | NA | 0.00 | 0.00 |
| Catalina Island Medical Center | Unsecured | 441.32 | NA | NA | 0.00 | 0.00 |
| Centegra Health System | Unsecured | 703.33 | NA | NA | 0.00 | 0.00 |
| Central Credit Services LLC | Unsecured | 605.65 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 617.04 | NA | NA | 0.00 | 0.00 |
| Chase Cardmember Services | Unsecured | 5,454.70 | NA | NA | 0.00 | 0.00 |
| Choice Recovery, Inc. | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Codilis & Associates PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 517.17 | NA | NA | 0.00 | 0.00 |
| Compass Healthcare Consultants | Unsecured | 112.20 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing Inc | Unsecured | 215.05 | NA | NA | 0.00 | 0.00 |
| Cook County Department of Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 15,948.65 | 15,948.65 | 0.00 | 0.00 |
| IICAR-Integrated Imaging Cons. | Unsecured | 50.74 | NA | NA | 0.00 | 0.00 |
| Illinois Anesthesia Specialists LLC | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| Jared Galleria of Jewelry | Unsecured | 4,456.51 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 865.21 | 865.21 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 434.92 | 434.92 | 0.00 | 0.00 |
| John White MD | Unsecured | 227.02 | NA | NA | 0.00 | 0.00 |
| Kane Misawa Nguyen LLC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical Center Dental Associates | Unsecured | 454.70 | NA | NA | 0.00 | 0.00 |
| Midwest Anesthesia and Pain Spec. | Unsecured | 1,595.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 21.87 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 48.46 | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptance Corporation | Unsecured | 5,953.51 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 138.12 | NA | NA | 0.00 | 0.00 |
| Northwest Community Healthcare | Unsecured | 4,613.91 | NA | NA | 0.00 | 0.00 |
| Northwest Radiology Assoc | Unsecured | 67.74 | NA | NA | 0.00 | 0.00 |
| Professional Acct Mgmt | Unsecured | 358.30 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,999.19 | 2,285.32 | 2,285.32 | 0.00 | 0.00 |
| Sah Anesthesia Group, LLC | Unsecured | 71.40 | NA | NA | 0.00 | 0.00 |
| Saint Anthony Health Affliates | Unsecured | 26.63 | NA | NA | 0.00 | 0.00 |
| Saint Anthony Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 103.78 | NA | NA | 0.00 | 0.00 |
| Suburan Surgical Care Specialists | Unsecured | 189.83 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc. | Unsecured | 2,147.63 | NA | NA | 0.00 | 0.00 |
| United Shockwave Services | Unsecured | 1,865.72 | 1,865.72 | 1,865.72 | 0.00 | 0.00 |
| Uropartners LLC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| US Bank NA | Secured | 147,000.00 | 163,846.14 | 163,846.14 | 0.00 | 0.00 |
| US Bank NA | Secured | 17,202.68 | 16,702.68 | 16,702.68 | 0.00 | 0.00 |
| Windy City Anesthesia PC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $163,846.14 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,702.68 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$180,548.82** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$37,290.34** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $750.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$750.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2019        By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**